30 F.3d 1485
 Bordynowski (Andrew), Sites (Kevin G.)
v.
Hoechst Celanese Chemical Group, Inc., Flexcon and Systems,
Inc., D & W Welding and Fabricating Co., Inc., ABC Co.,
Stone Container Corporation, B.A.G. Corporation, Bulklift
Corporation; Flexcon and Systems Co., Hoechst Celanses
Chemical Group, Inc., Stone Container Corporation v. Stone
Container Corporation, B.A.G. Corp., Bulklift Corp., Sybron
Chemicals, Inc., Marino Technology, Inc.
 NOS. 93-5566, 93-5567
 United States Court of Appeals,
Third Circuit.
 June 08, 1994
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.